LINDA A. FARNHAM, Appellant, v SIDNEY S. WEINSTEIN, Respondent. [924 NYS2d 883]—Appeal from an order of the

Supreme Court, Monroe County (Harold L. Galloway, J.), entered June 15, 2010. The order granted the motion of defendant for summary judgment dismissing the claim of plaintiff for punitive damages.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.